**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 0 8 2023

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                               CASE NO. 3:21-CR-00050-BSM-4

RICHARD COHN                                                                            DEFENDANT

## ORDER

Richard Cohn's motion to clarify the judgment [Doc. No. 166] is granted. Cohn's federal sentence was intended to run from the date of sentencing. Therefore, the omission of that language from the judgment was a clerical error that may be corrected pursuant to Federal Rule of Criminal Procedure 36. *See United States v. Tramp*, 30 F.3d 1035, 1037 (8th Cir. 1994). An amended judgment is entered simultaneously with this order.

IT IS SO ORDERED this 8th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE